NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NORTHEAST REGIONAL COUNCIL OF CARPENTERS, ET AL. | : | |
| | : | |
| | : | |
| Petitioners, | : | |
| | : | **Civil Action No. 18-1087 (SRC)** |
| v. | : | |
| | : | **JUDGMENT** |
| OCEAN PACIFIC INTERIORS, INC. | : | |
| | : | |
| Respondent. | : | |

**CHESLER,** District Judge

This matter having come before the Court by Kroll Heineman Carton, LLC (Bradley M. Parsons, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 21th day of February, 2018

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Ocean Pacific Interiors, Inc. the sum of $120,313.15, plus the court's filing fee in the amount of $400.00

          /s Stanley R. Chesler
          STANLEY R. CHESLER
          United States District Judge